**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| DIV005 LLC, and | CASE NO. 22-21202-JRS |
| METAL BENDERS USA, LLC | CASE NO. 22-21201-JRS |
| Debtors. | *Jointly administered under 22-21202-JRS* |
| TODD HENNINGS, in his capacity as LITIGATION TRUSTEE of the DIV005 CREDITOR TRUST | |
| Plaintiff, | |
| v. | ADVERSARY PROCEEDING NO. 24-02041-JRS |
| REIBUS INTERNATIONAL INC., | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

This is to certify that on this day, a true and correct copy of the SUMMONS and COMPLAINT were served upon the following parties by U.S. Mail, first class, postage prepaid.

Reibus International, Inc.
John Armstrong, CEO
1 Glenlake Parkway NE, Suite 300
Atlanta, GA 30328

Reibus International, Inc.
c/o C T Corporation System,
Registered Agent
289 S Culver St
Lawrenceville, GA 30046-4805

**Served via Certified Mail, Return Receipt Requested to:**

Reibus International, Inc.
John Armstrong, CEO
1 Glenlake Parkway NE, Suite 300
Atlanta, GA 30328

Reibus International, Inc.
c/o C T Corporation System,
Registered Agent
289 S Culver St
Lawrenceville, GA 30046-4805

This 26th day of November, 2024.

                OGIER, ROTHSCHILD & ROSENFELD, P.C

                By: /s/ *Allen Rosenfeld*
                    Allen Rosenfeld
                    Georgia Bar No. 614451
                    Attorneys for the Plaintiff

P.O. Box 1547
Decatur, Georgia 30031
(404) 525-4000
apr@orratl.com